In the Matter of CLAUDE NELSON STUART, a Suspended Attorney.

Submitted August 9, 2010; decided September 14, 2010

824

Motion for reconsideration of this Court's June 24, 2010 dismissal order denied [see 15 NY3d 735 (2010)]. Motion for leave to appeal denied.